Jacob O. Pedersen, Appellant, v. George Knauf, Individually and as Executor, etc., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

George A. Ludewig, Appellant, v. H. Marquardt & Co., Inc., Respondent.— Order modified as provided in order, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

D. Lewis Mattern, Appellant, v. Frances Mattern, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

Phillips-Jones Co., Inc., Appellant, v. Reiling & Schoen, Inc., Respondent.— Order modified as provided in order, and as so modified affirmed, with ten dollars costs and disbursments to appellant. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

George H. Dodge v. 7th Avenue Contracting Co., Inc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

Ellen I. Musgrave, as Administratrix, etc., v. Christopher J. Musgrave, Individually and as Administrator, and Others.— Motions to dismiss appeals denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

The People of the State of New York v. Max Brinkman.— Motion to dismiss appeal granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

The People of the State of New York v. Joseph Lilymeld.— Motion to dismiss appeal granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

The People of the State of New York v. Ignatz Luft.— Motion to dismiss appeal granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

The People of the State of New York v. Leon Lieberman.— Motion to dismiss appeal granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

The People of the State of New York v. Nathan Federbush.— Motion to dismiss appeal granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

The People of the State of New York v. Pierre Babighian.— Motion to dismiss appeal granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

The People of the State of New York v. Herman Bauman.— Motion to dismiss appeal granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.